# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>SAMUEL LEE CLAY,<br><br>         Defendant. | Case No. 2:06-CR-00056-KJD-PAL<br><br>**ORDER** |

Before the Court for consideration is the Report of Findings and Recommendation (#26) of Magistrate Judge Peggy A. Leen entered September 28, 2006, recommending that Defendant's Motion to Suppress (#19) be denied. Objections (#34) to the Magistrate Judge's Report and Recommendation were filed by Defendant SAMUEL LEE CLAY pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada. The Government filed a response in opposition (#36) to the objections.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#261) of the United States Magistrate Judge entered September 28, 2006, should be **ADOPTED** and **AFFIRMED**. Having read and considered Defendant's arguments and the transcript of the evidentiary hearing, the Court finds that the officers had specific, articulable facts from which they

could conclude that a reasonable suspicion existed that Clay was violating state traffic laws. Therefore, the traffic stop leading to Clay's detention, arrest, and the discovery of the evidence in question did not violate his rights under the Fourth Amendment.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report of Findings and Recommendations (#26) entered September 28, 2006, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress (#19) is **DENIED**.

DATED this 3RD day of January 2007.

_____
Kent J. Dawson
United States District Judge